# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARCHER INSULATION, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOLPAC CONSTRUCTION, INC., et al.,<br><br>　　　　Defendants. | Case No. 1:14-cv-00323-LJO-SAB<br><br>ORDER AUTHORIZING PLAINTIFF TO FILE AMENDED COMPLAINT BY JUNE 17, 2014 |

　　　The Court held a scheduling conference in this matter on June 10, 2014. At the scheduling conference, Plaintiff Karcher Insulation, Inc. ("Plaintiff") stated their intent to file an amended complaint in this matter. Defendants Solpac Construction Inc. and Safeco Insurance Company of America ("Defendants") consent to the filing of an amended complaint. (See Joint Scheduling Report 2:26-27.) Federal Rule of Civil Procedure 15(a)(2) permits amendment "with the opposing party's written consent."

　　　Accordingly, it is HEREBY ORDERED that Plaintiff shall file its amended complaint on or before June 17, 2014.

IT IS SO ORDERED.

Dated:　**June 10, 2014**　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1