UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel* KARCHER INSULATION, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOLPAC CONSTRUCTION INC., a California corporation doing business as SOLTEK PACIFIC CONSTRUCTION COMPANY, a New Hampshire corporation; R.J. LANTHIER CO., INC., a California corporation; and Does 1 through 15, inclusive,,<br><br>Defendants. | CASE NO.  1:14-cv-00323-LJO-SAB<br><br>ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO SERVE INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)(A) |

/./././

/./././

/././/

/./././

1

1  IT IS SO ORDERED, that the Joint Motion For Extension of Time to Serve
2  Initial Disclosures Pursuant to Fed. R. Civ. P. 26(a)(1)(A) is granted as follows:
3  Defendants R.J. Lanthier Co., Inc. and Soltek Pacific Construction Company
4  shall provide their initial disclosures required by Fed. R. Civ. P. 26(a)(1) on or before
5  September 8, 2014.

IT IS SO ORDERED.

Dated:  **July 8, 2014**

UNITED STATES MAGISTRATE JUDGE