1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRCIT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel* KARCHER INSULATION, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>SOLPAC CONSTRUCTION INC., a California corporation doing business as SOLTEK PACIFIC CONSTRUCTION COMPANY; SAFECO INSURANCE COMPANY, a New Hampshire corporation; R.J. LANTHIER CO., INC., a California corporation; and DOES 1 through 15, inclusive,<br><br>Defendants. | Case No. 1:14-cv-00323-LJO-SAB<br><br>**STIPULATION AND ORDER TO FILE ANSWER(S) TO FIRST AMENDED COMPLAINT OF KARCHER INSULATION, INC.** |

Plaintiff KARCHER INSULATION, INC. ("Plaintiff") and Defendants SOLPAC CONSTRUCTION, INC. dba SOLTEK PACIFIC CONSTRUCTION CO. ("SOLTEK") and SAFECOINSURANCE COMPANY OF AMERICA ("SAFECO") (collectively referenced herein as "Defendants") hereby agree and stipulate as follows:

///

///

///

**RECITALS**

WHEREAS Plaintiff filed the original Complaint in the United States District Court, Eastern District of California, Case No. 1:14-CV-00323-LJO-SAB (hereinafter "Complaint") on March 7, 2014;

WHEREAS SAFECO filed an Answer to the Complaint on March 27, 2014;

WHEREAS SOLTEK filed an Answer to the Complaint on April 3, 2014;

WHEREAS Plaintiff filed a First Amended Complaint against Defendants on June 10, 2014;

WHEREAS former counsel for Defendants passed away the weekend of July 4, 2014;

WHEREAS Defendants have retained new counsel, acknowledged as attorney of record for Defendants on October 7, 2014; and

WHEREAS Defendants desire to file Answers to the First Amended Complaint, true and correct copies of which are attached hereto as Exhibits A and B, respectively.

IT IS HEREBY STIPULATED by and between the Parties, through their respective attorneys of record, that Defendants be permitted to file the proposed Answers to the First Amended Complaint.

Dated: October 13, 2014        LANG, RICHERT & PATCH, P.C.

                               By: /s/ Matthew W. Quall
                                   Matthew W. Quall
                                   Attorneys for Defendants
                                   SOLPAC CONSTRUCTION, INC. dba
                                   SOLTEK PACIFIC CONSTRUCTION CO.
                                   and SAFECO INSURANCE COMPANY
                                   OF AMERICA

Dated: October 7, 2014         LAW OFFICE OF DONNA KIRKNER

                               By /s/ Donna Kirkner
                                   Donna Kirkner
                                   Attorneys for Plaintiff
                                   KARCHER INSULATION, INC.

**ORDER**

This Court, having read and considered the Stipulation to file Answers by SOLPAC CONSTRUCTION, INC. dba SOLTEK PACIFIC CONSTRUCTION CO. and SAFECO INSURANCE COMPANY OF AMERICA to the First Amended Complaint, finds that good cause exists to allow Defendants to file their respective Answers to Plaintiff's First Amended Complaint.

IT IS SO ORDERED.

Dated:  **October 14, 2014**

UNITED STATES MAGISTRATE JUDGE