# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARCHER INSULATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOLPAC CONSTRUCTION, INC., et al., <br><br> Defendants. | Case No.  1:14-cv-00323-LJO-SAB <br><br> ORDER STAYING ALL PROCEEDINGS IN THIS MATTER AGAINST DEFENDANT RJ LANTHIER COMPANY, INC. |

Plaintiff Karcher Insulation Inc. filed this action on March 7, 2014 against Defendants Solpac Construction, Inc., Safeco Insurance Company of America, and RJ Lanthier Co., Inc ("Lanthier").  (ECF No. 1)  On November 14, 2014, Defendant Lanthier filed a notice of automatic stay.  (ECF No. 27.)

Pursuant to 11 U.S.C. § 362(a) all actions against a defendant who has filed a bankruptcy petition are automatically stayed once the petition is filed.  Sternberg v. Johnston, 559 F.3d 937, 943 (9th Cir. 2010).  However, a suit against a co-defendant is not automatically stayed by the debtor's bankruptcy filing.  In re Miller, 262 B.R. 499, 503 (9th Cir. 2001).  Accordingly, all proceedings in this matter against Defendant Lanthier are HEREBY STAYED pursuant to Section 362(a).

IT IS SO ORDERED.

Dated:   **November 21, 2014**          /s/ Lawrence J. O'Neill
                                                                            UNITED STATES DISTRICT JUDGE

1