# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel* KARCHER INSULATION, INC., a California corporation,<br><br>   Plaintiff,<br><br>   v.<br><br>SOLPAC CONSTRUCTION INC., a California corporation doing business as SOLTEK PACIFIC CONSTRUCTION COMPANY; SAFECO INSURANCE COMPANY, a New Hampshire corporation; R.J. LANTHIER CO., INC.; and DOES 1 through 15, inclusive,<br><br>   Defendants. | Case No.: 1:14-cv-00323-LJO-SAB<br><br>**ORDER ON STIPULATION TO DISMISS**<br><br>Assigned to: Hon. Lawrence J. O'Neill<br>Courtroom 4<br><br>Complaint Filed:  March 7, 2014<br>Trial Date:          June 30, 2015 |

Based on the Parties' stipulated dismissal, IT IS ORDERED THAT:

All claims against Solpac Construction, Inc. doing business as Soltek Pacific Construction Company and Safeco Insurance Company shall be dismissed with prejudice.

All claims against R. J. Lanthier Co., Inc. shall be dismissed without prejudice.

The Clerk of Court is **DIRECTED** to **CLOSE THIS CASE**.

IT IS SO ORDERED.

   Dated:  **January 9, 2015**               /s/ Lawrence J. O'Neill
                                                     UNITED STATES DISTRICT JUDGE